UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHRISTIAN,

            Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

            Defendant.
_____/

Case No. 1:12-cv-651

HON. PAUL L. MALONEY

**Notice of Settlement**

The parties have agreed to settle this lawsuit and plaintiff intends to file a Notice of Dismissal as to all parties, with prejudice, no later than July 31, 2012.

Dated: July 17, 2012

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com