UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHRISTIAN,

   Plaintiff,        Case No. 1:12−cv−00651−PLM

v.             Hon. Paul L. Maloney

NCO FINANCIAL SYSTEMS, INC.,

   Defendant.
_____/

## ORDER

   The Court has been informed by Notice of Settlement (ECF No. 4) of the agreement between the parties to settle this matter. Accordingly, appropriate closing documents shall be filed with the Court by July 31, 2012.

   IT IS SO ORDERED.

Dated:  July 18, 2012          /s/ Paul L. Maloney
                PAUL L. MALONEY
                Chief United States District Judge